EDMUND G. BROWN JR.
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
MARY HACKENBRACHT
Senior Assistant Attorney General
JOHN DAVIDSON
Supervising Deputy Attorney General
TIFFANY YEE, State Bar No. 197861
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5591
 Fax: (415) 703-5480
 Email: Tiffany.Yee@doj.ca.gov

Attorneys for Plaintiffs People of the State of
California and California Air Resources Control Board

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and PEOPLE OF THE STATE OF CALIFORNIA ex rel. THE CALIFORNIA AIR RESOURCES CONTROL BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ROUSE and GREGORY ROUSE, dba BIG MIKE'S CHOPPERS, and DOES 1-100,<br><br>Defendants. | Case No. C 06-07426 MHP<br><br>~~[PROPOSED]~~ STIPULATION TO REMAND |

This Stipulation is made by and among THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* THE CALIFORNIA AIR RESOURCES CONTROL BOARD (collectively "Plainitffs"), on the one hand, and Michael Rouse and Gregory Rouse as individuals and dba Big Mike's Choppers (collectively "Defendants"), on the other hand.

## RECITALS

A. On September 21, 2006, Plaintiffs filed a Complaint for violations of the California Health and Safety Code and the California Business and Professions Code in the Superior Court of the State of California, County of Contra Costa against the Defendants in the matter entitled *People of the State of California and People of the State of California ex rel. the California Air Resources Control Board v. Michael Rouse, Gregory Rouse, dba Big Mike's Choppers and DOES 1 through 100, inclusive*, Case No. C06-02027 ("Plaintiffs' Action").

B. On or about December 4, 2006, Defendants filed a Notice of Removal in this Court based on diversity jurisdiction.

C. Plaintiffs consist of the State of California and an agency of the State of California.

## TERMS

THEREFORE, Plaintiffs and Defendants, through their counsel, stipulate as follows:

Plaintiffs' Action shall be remanded to state court by order of this Court. The remand shall become effective upon entry of the Court's order.

IT IS SO STIPULATED.

DATED: January 12, 2007

_____
Tiffany Yee, Deputy Attorney General
Attorney General's Office
Counsel for Plaintiffs

DATED: January 11, 2007

_____
E. Craig Moody
Moody & Hill
Counsel for Defendants

Dated: 1/16/07

The Clerk of Court shall transmit a certified copy of this order to the Clerk of the Superior Court of Contra Costa County, State of California, forthwith.

Stipulation for Remand; Case No. C 06-07426 MHP

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____ _____
JUDGE MARILYN HALL PATEL

40123198.wpd

SF2006402164

Stipulation for Remand; Case No. C 06-07426 MHP